# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**In the Matter of the Search of**

Black Motorola "Red" labeled as:
   Model: 93733XQBSA
   MSN: F29GHUC5KL
   IMEI: 359206010233070
Phone number: 604-723-5360

08 JUN 30 AM 9:19

**SEARCH WARRANT**

CASE NUMBER:    '08 MJ 1901   VNH

TO: <u>Any Special Agent of the Federal Bureau of Investigation</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>FBI Special Agent Brett Kalina</u>, who has reason to believe that ☐ on the person or ☒ on the premises known as:

**See attachment A**

in the Southern District of California, there is now concealed a certain person or property, namely

**See attachment B**

which are the fruits, instrumentalities and evidence concerning a violation of Title ___21___ United States Code, Sections 841(a)(1) and 846.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before (not to exceed 10 days)   6-30-08
                                                                                                              Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 a.m. to 10:00 p.m.) ☐ ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

6-20-08                                   at     <u>San Diego, California</u>
Date/Time issued

<u>Hon. Nita L. Stormes, U.S. Magistrate Judge</u>
Name and Title of Judicial Officer                        Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH *OWNER UNAVAILABLE* |
|---|---|---|
| 06/20/2008 | 06/23/2008 | |

INVENTORY MADE IN THE PRESENCE OF: *AMANDA J. CULVER*

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1) Confirmation of phone number;
2) Contact list (145);
3) One text message;
4) Thirty deleted text messages;
5) Outgoing calls;
6) Recent calls.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____      _6-30-08_
U.S Judge or Magistrate                             Date

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

The property to be searched is described below:

Black Motorola "Red" labeled as:
    Model: 93733XQBSA
    MSN: F29GHUC5KL
    IMEI: 359206010233070
Phone number: 604-723-5360

The telephone is currently being held by the Federal Bureau of Investigation in San Diego, CA.

# ATTACHMENT B

## ITEMS TO BE SEIZED

a. Electronic telephone books containing names and telephone numbers;

b. Electronic history of outgoing, incoming and missed calls, including telephone numbers and time, duration, and date of calls;

c. Digital appointment books;

d. Stored messages (both audio and text) to include inbox, outbox, new messages, and saved messages;

e. Stored pictures and animations;

f. Voice memos;

g. Schedules;

h. Notes;

g. Email addresses;

h. Settings of the cellular telephone including but not limited to the telephone number and subscriber history.